# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| Derwin Bernette Johnson, | ) | CASE NO: 14-53197-CRM |
| | ) | |
| Debtor. | ) | JUDGE MULLINS |

## MOTION TO EXPEDITED HEARING ON DEBTOR'S MOTION FOR SANCTIONS

COMES NOW Debtor, Derwin B. Johnson, by and through under-signed counsel, and moves pursuant to Local Court Rule 7007-2, for an expedited hearing on the Motion for Sanctions filed February 26, 2014, and in support thereof shows this Court the following:

1.

Respondent Express Auto Finance, LLC repossessed Debtor's 2000 Infiniti Q45 on February 17, 2014, the day preceding the filing of this bankruptcy case.

2.

Debtor's Counsel faxed a Notice of Bankruptcy Filing to Respondent on February 18, 2014, immediately after the filing of Debtor's bankruptcy case.

3.

Debtor's Counsel has made numerous requests for the release of the vehicle, provided timely notice of bankruptcy filing and proof of comprehensive insurance for the vehicle, and confirmed that the insurance policy in question is valid.

4.

By refusing to release the vehicle, Respondent has compelled Debtor to take legal action regarding the continued violation of the automatic stay. Respondent has not filed a Motion for Relief from Stay, and Respondent may not unilaterally retain property of the estate until the Court hears the Motion for Relief. The automatic stay requires Respondent to immediately release the property of the estate *and then* seek relief from the Court. *See In re Castillo*, 11-10108, docket # 57.

5.

Pursuant to Bankruptcy Rule 9006, and this Court's open calendar procedure, the earliest available hearing date would be March 4, 2014. If the Motion is not granted, the Debtor will continue to incur damages in the form of lost wages and alternate transportation costs and potentially put his employment in jeopardy.

WHEREFORE, based on the foregoing reasons, Debtor prays that this request for an expedited hearing on his Motion be granted.

Dated: February 26, 2014

                              Respectfully Submitted,

                              <u>Alexander Salzillo     /S/</u>
                              Alexander Salzillo
                              Attorney for the Debtor
                              GA Bar No. 751894
                              Robert J. Semrad & Associates
                              101 Marietta Street NW
                              Suite 3600
                              Atlanta, GA 30303
                              (678) 668-7160

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| Derwin Bernette Johnson, | ) | CASE NO: 14-53197-CRM |
| | ) | |
| Debtor. | ) | JUDGE MULLINS |

## CERTIFICATE OF SERVICE

I hereby certify that I am more than 18 years of age and that I have this day served a copy of the within Motion For Expedited Hearing upon the following by depositing a copy of the same in U.S. Mail with sufficient postage affixed thereon to ensure delivery:

**Derwin B. Johnson**
4973 Union Street
Union City, GA 30291

**Express Auto Finance, LLC**
c/o Uri Adler (registered agent)
8170 McCormick Blvd.
Suite 118
Skokie, IL 60076
Email: uadler@eafil.com

**Express Auto Finance, LLC**
7554 N California Avenue
Chicago, IL 60045

*[See attached Creditor Mailing Matrix]*

I further certify that, by agreement of parties, Nancy J. Whaley , Standing Chapter 13 Trustee, was served via ECF

Dated: February 26, 2014

        Respectfully Submitted,

        Alexander Salzillo     /S/
        Alexander Salzillo
        Attorney for the Debtor
        GA Bar No. 751894
        Robert J. Semrad & Associates
        101 Marietta Street NW
        Suite 3600
        Atlanta, GA 30303

(678) 668-7160